# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE T. MOTEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>D. ADAMS,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-06-1155 OWW DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EFFECT SERVICE AND MOTION FOR ENTRY OF DEFAULT<br><br>(Docs. 11, 12) |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was transferred to this Court on August 28, 2006. On November 29, 2006, plaintiff filed a motion effect service by the United States Marshal and on December 14, 2006, plaintiff filed a motion for entry of default judgment. Both of plaintiff's motions are premature.

　　　　By order filed October 2, 2006, plaintiff was advised that the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Further, plaintiff was advised that the court will direct the United States Marshal to serve the complaint only after it has determined that the complaint contains cognizable claims for relief against the named defendants; that the court has not yet screened plaintiff's complaint, but will do so in due course; and that, until the court has screened the complaint, any request for service by the Marshal is premature and will be denied. Despite the court's detailed explanation of the procedure that will govern this action, plaintiff filed the instant motion seeking service of the complaint by the Marshal. Plaintiff's motion shall be denied. Plaintiff

1

1  is expressly warned that any further motions seeking service by the Marshal prior to the screening
2  of the complaint will be ordered stricken from the record.
3      Plaintiff's motion for default judgment is likewise premature and is therefore denied.
4  Defendants have not yet been served and plaintiff's motion is entirely without basis and/or merit.
5      Accordingly, it is HEREBY ORDERED that plaintiff's November 29, 2006 and December
6  14, 2006 motions are DENIED.

8      IT IS SO ORDERED.
9      Dated: **December 18, 2006**　　　　　　　　　　**/s/ Dennis L. Beck**
   3c0hj8　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE