1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  JESSE T. MOTEN,                    1:06-cv-01155-OWW-DLB-P

12              Plaintiff,          **ORDER ADOPTING FINDINGS AND**
                                    **RECOMMENDATIONS** (Doc. 15)
13  vs.
                                    **ORDER DISMISSING ACTION**
14  D. ADAMS,

15              Defendant.
    _____/
16

17      Plaintiff, Jesse T. Moten ("plaintiff"), is a state prisoner

18  proceeding pro se and in forma pauperis in this civil rights

19  action pursuant to 42 U.S.C. § 1983.  The matter was referred to

20  a United States Magistrate Judge pursuant to 28 U.S.C.

21  § 636(b)(1)(B) and Local Rule 72-302.

22      On December 19, 2006, the Magistrate Judge filed Findings

23  and Recommendations herein which were served on plaintiff and

24  which contained notice to plaintiff that any objections to the

25  Findings and Recommendations were to be filed within thirty (30)

26  days.  On January 22, 2007, plaintiff filed objections to the

27  Magistrate Judge's Findings and Recommendations.

28  //

                                    1

In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
de novo review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendations to
be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed December 19,
2006, are ADOPTED IN FULL; and,

2.   This action is DISMISSED, without prejudice, based on
plaintiff's failure to comply with 42 U.S.C. § 1997e(a) by
exhausting the available administrative remedies prior to filing
suit.

IT IS SO ORDERED.

**Dated:    February 7, 2007**          _____/s/ Oliver W. Wanger_____
emm0d6                                  UNITED STATES DISTRICT JUDGE